THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Benjamin Levi George, Appellant.
 
 
 
 
 

Appeal From Clarendon County
George C. James, Jr., Circuit Court Judge

Unpublished Opinion No. 2010-UP-359
 Submitted June 1, 2010  Filed July 12,
2010    

AFFIRMED

 
 
 
 Appellate Defender Elizabeth A.
 Franklin-Best, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, Senior Assistant Attorney General Harold M. Coombs, Jr., all
 of Columbia; and Solicitor Cecil Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  This
 is an appeal from a denial of a motion for a continuance.  Benjamin Levi George
 maintains he was denied his right to counsel of choice when the trial court refused
 to grant a continuance so that his retained attorney could represent him.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: Rule 7(a), SCRCrimP (providing the trial court may
 grant a continuance "only upon a showing of good and sufficient legal
 cause"); State v. Bennett, 259 S.C. 50, 53-54, 190 S.E.2d 497,
 498 (1972) (holding the trial court's denial of a motion for a continuance
 did not deny the defendant his right to counsel when defendant was represented
 by appointed counsel and sought the continuance to obtain other counsel of his
 choice on the day set for trial).
AFFIRMED.
FEW, C.J., THOMAS, and
 PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.